# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**NORMAN L. HARRIS**                                                                            **PLAINTIFF**

**VS.**                                                         **CAUSE NO.: 1:24-CV-195-SA-DAS**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY f/k/a LINCOLN**
**LIFE ASSURANCE COMPANY OF BOSTON**                  **DEFENDANT**

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

On behalf of Defendant, The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston, Adam Harris moves to enroll Iwana Rademaekers *pro hac vice* as additional counsel of record for Defendant, The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston.

Iwana Rademaekers is a member of the law firm Law Office of Iwana Rademaekers, P.A. She resides in Dallas, Texas and practices law in the State of Texas. Ms. Rademaekers is admitted to practice before the following courts:

| **JURISDICTION** | **DATE ADMITTED** |
| --- | --- |
| USDC, Norther District of Texas | November 7, 1988 |
| USDC, Southern District of Texas | September 1, 1998 |
| USDC, Eastern District of Texas | May 21, 1998 |
| USDC, Western District of Texas | September 2, 1998 |
| (See attached for additional courts of admission) | |

Ms. Rademaekers' Verified Application is attached as Exhibit "A".

WHEREFORE, the undersigned respectfully requests this Honorable Court to admit Iwana Rademaekers to practice before it *pro hac vice*. Ms. Rademaekers is currently a member in good standing of the Bar of the United States District Court, Northern District of Texas. The undersigned is a member of the Bar of this Court and supports the enrollment of Iwana

Rademaekers *pro hac vice* as additional counsel of record for P Defendant, The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston.

Respectfully submitted, this the 18th day of November, 2024.

>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, Defendant**
>
>PHELPS DUNBAR LLP
>
>BY: s/ *Adam Harris*
>Adam Harris MS Bar 102955
>PHELPS DUNBAR LLP
>2602 13th Street, Suite 300
>Gulfport, Mississippi 39501
>Telephone: 228 679 1130
>Facsimile: 228 679 1131
>Email: adam.harris@phelps.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This, the 18th day of November, 2024.

>*s/ Adam Harris*
>ADAM HARRIS