**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**NORMAN L. HARRIS**                                                                 **PLAINTIFF**

v.                                       **CIVIL ACTION NO. 1:24cv00195-GHD-DAS**

**THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY f/k/a LINCOLN LIFE
ASSURANCE COMPANY OF BOSTON**                                    **DEFENDANT**

### NOTICE OF APPEARANCE

Iwana Rademaekers of the Law Offices of Iwana Rademaekers, P.C., hereby enters her appearance as additional counsel of record for Defendant, The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston, in the referenced matter.

I certify that I am admitted to practice in this Court.

Respectfully submitted, this 21st day of November 2024.

                                                THE LINCOLN NATIONAL LIFE INSURANCE
                                                COMPANY f/k/a LINCOLN LIFE ASSURANCE
                                                COMPANY OF BOSTON

                                                **LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

                                                BY:    /s/ *Iwana Rademaekers*
                                                                Iwana Rademaekers

Iwana Rademaekers
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*And*

        BY:    PHELPS DUNBAR, LLP

        BY:    /s/ Adam B. Harris
                    Adam B. Harris

Adam B. Harris (MS Bar No. 102955)
PHELPS DUNBAR, LLP
2602 13th Street, Suite 300
Gulfport, MS  39501
Telephone: 228-679-1130
Telecopier: 228-679-1131
Email: adam.harris@phelps.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    K. Cody Allison, Esq.
    cody@codyallison.com

    Andrew M. Hickman, Esq.
    drew@codyallison.com

    Benjamin Z. Wise, Esq.
    ben@wisepllc.com

                                  /s/ *Iwana Rademaekers*
                                  Iwana Rademaekers